FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

3·25·2026

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

TORIBIO MENDEZ-ANGULO

**CRIMINAL COMPLAINT**

Case No. 3:26-mj- 1117 - MCₑ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about March 12, 2026, in Putnam County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about November 25, 2014, on or about November 28, 2014, on or about December 5, 2014, on or about January 12, 2015, on or about January 25, 2015, and on or about January 30, 2015,

in violation of Title 8, United States Code, Section 1326.   I further state that I am a Deportation Officer for Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the facts contained in the attached Affidavit.

_____
KHA DUONG, Deportation Officer

Subscribed and sworn to before me, this 25ᵗʰ day of March, 2026, at Jacksonville, Florida.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## CRIMINAL COMPLAINT AFFIDAVIT

I, Kha Duong, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1.      I have been a Deportation Officer for ICE since 2025 and an Immigration Enforcement Agent with ICE since 2025. I have training and experience in the enforcement of the immigration and nationality laws of the United States. Prior to my employment with ICE, I was a police officer with the Jacksonville Sheriff's Office for two and a half years. Over the course of my career in law enforcement, I have received training in and have gained experience with the preparation, presentation, and service of criminal complaints and arrest warrants.

2.      On March 12, 2026, the Enforcement and Removal Operation (ERO) Interoperability Response Center (IRC) received a phone call from the Putnam County Jail advising that an individual identified as Toribio MENDEZ-ANGULO was in custody because he was operating a motor vehicle without a valid license. According to the information provided by the jail, during the booking process on March 12, 2026, MENDEZ-ANGULO told officers that he was born in Mexico on a date in March of 1996. IRC ran immigration and criminal database checks for a person with the defendant's name who was born in Mexico on the date of birth provided. The databases revealed MENDEZ-ANGULO had multiple removals from

the United States. As a result, officers at Putnam County jail placed an ICE detainer for MENDEZ-ANGULO on March 12, 2026.

3.      On March 12, 2026, the Putnam County jail notified the Jacksonville ERO Criminal Alien Program (CAP) unit that MENDEZ-ANGULO posted bond on his criminal charges, and he was ready to be picked up on the ICE detainer.

4.      On March 15, 2026, MENDEZ-ANGULO was administratively arrested and transported to the Jacksonville ICE office in Jacksonville, Florida, for processing and to further verify his immigration status. During processing, I entered MENDEZ-ANGULO's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals previously entered the database after having been encountered by immigration authorities. The system returned to a match and reflected that MENDEZ-ANGULO had been previously encountered and had been assigned Alien Registration Number 202 051 790. I then conducted additional ICE database checks for MENDEZ-ANGULO. The records reflected that MENDEZ-ANGULO is a citizen of Mexico who had been previously deported or removed from the United States to Mexico on at least six occasions.

5.      I reviewed documents from the consolidated Alien Registration file (A-file) for MENDEZ-ANGULO. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that MENDEZ-ANGULO was previously deported or removed from the United States to Mexico on November 25, 2014, from Douglas, Arizona;

2

on November 28, 2014, from Douglas, Arizona; on December 5, 2014, from Douglas, Arizona; on January 12, 2015, from Hidalgo, Texas; on January 25, 2015, from Hidalgo, Texas; and on January 30, 2015, from Hidalgo, Texas. The A-file contained no record that MENDEZ-ANGULO had ever applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

8.    Based upon the foregoing facts, there is probable cause to believe that MENDEZ-ANGULO is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of 8 U.S.C. § 1326(a).

_____
Kha Duong, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

Subscribed and sworn to before me, this 25ᵗʰ day of March 2026.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

3